This document contains some pages that are of poor quality at the time of imaging.

ROLAND JEROME MADDEN          JANUARY,25 2015

JESTER III UNIT #665734

3 JESTER ROAD

RICHMOND,TEXAS

77406

RE:MOTION FOR LEAVE TO FILE MANDAMUS

MOTION TO VACATE CAUSE F-93-04717-TH

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

Dear Honorable Clerk,

The **Relator filed a MOTION TO VACATE CAUSE F-93-04717-TH**

on **October 13,2014** , an alleged BURGLARY OF A BUILDING.

The Respondents to this day have not acknowledged said

Motion.

The Honorable Criminal District Court One has not been forthright

with this HONORABLE COURT OF CRIMINAL APPEALS regarding any prior

WRIT OF HABEAS CORPUS in this alleged case...

To this day the Honorable Trial court in CDC 1 in Dallas

County,Texas has OPERATED **WITHOUT THE LEGAL JURISDICTION**

required by law; THE RELATOR DID NOT ABUSE THE WRIT PROCESS..

Please find enclosed the following:

exhibit one-a copy of the MOTION TO VACATE CAUSE F-93-04717-TH;

exhibit-two;letter from the Honorable clerk Thomas Lowe;

exhibit-three,*a letter from the Honorable Criminal District

Court One in Dallas County,Texas,tells relator to file his

*second Writ of Habeas Corpus in cause F-93-04717-Th..

that WRIT OF HABEAS CORPUS NEVER WAS SENT TO THE HONORABLE

COURT OF CRIMINAL APPEALS....

exhibit-four,acknowledgment that the B WRIT OF HABEAS CORPUS

did not make it to this honorable court of criminal appeals..

exhibit-five,ORDER DESIGNATING ISSUES NOT SENT TO THE HONORABLE

COURT OF CRIMINAL APPEALS,THE TRIAL COURT TO THIS DAY REFUSES

TO EXPLAIN WHAT ISSUES WERE UNRESOLVED OR HOW IT CAME TO THOSE

CONCLUSION RELATED TO THE LEGALITY OF THE RELATORS CONFINEMENT??

**SIR THIS IS AN EMERGENCY,THE FACTS ARE UNDISPUTED,THIS ALLEGED

BURGLARY OF A BUILDING IS A VOID CASE..  THANK YOU FOR YOUR TIME

SINCERLY

ROLAND J MADDEN 665734

IN THE HONORABLE TEXAS COURT OF CRIMINAL APPEALS

ROLAND JEROME MADDEN
        (RELATOR)

CAUSE F-93-04717-TH

VS.

DALLAS COUNTY DISTRICT CLERK,

DALLAS COUNTY CRIMINAL DISTRICT COURT ONE

IN DALLAS COUNTY,TEXAS

        (RESPONDENTS)


## MOTION FOR LEAVE TO FILE MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW ROLAND JEROME MADDEN,Relator in the above numbered and
titled cause,files this **MOTION FOR LEAVE TO FILE MANDAMUS** IN CAUSE
F-93-04717-TH from **DISTRICT COURT NUMBER ONE** in DallasCounty,Texas.


In support of said Motion,the Relator will show this Honorable court
the following:

### I.

That the Relator was "**ILLEGALLY**" convicted of an alleged
BURGLARY OF A BUILDING IN CAUSE F-93-04717-TH IN THE CRIMINAL
DISTRICT COURT NUMBER ONE IN DALLAS COUNTY,TEXAS;IN A JURY TRIAL
ON DECEMBER 08,1993,relator was found GUILTY and assessed 65 years
THE RELATOR PLED"NOT GUILTY.. (**ATTORNEY RETAINED LOUIS DAVIS JR**)


### II.

"NO **APPEAL WAS PERFECTED**" because the Honorable Judge Janice Warder
had originally set*the ASIDE. *(SET THE CASE ASIDE)

THERE WAS NOT A POLICE REPORT;A VALID INDICTMENT,A PROBABLE CAUSE
REPORT;or any evidence that the 'RELATOR WAS CONNECTED or that a
CRIME had been committed.


### III.

The Relator is unlawfully confined at the Jester III unit of the
Texas DEPARTMENT OF CRIMINAL JUSTICE PRISON NUMBER 665734.

THE TRIAL COURT WAS WITHOUT AUTHORITY TO ACT,AND THEREFORE A
*MOTION TO VACATE WAS THE PROPER REMEDY.

*(see Exhibit one)

1.

## V.

THE DALLAS COUNTY DISTRICT CLERK REFUSED TO ACKNOWLEGE
THE FILING OF THE MOTION TO VACATE CAUSE F-93-04717-TH. (filed october 13,2014)

THE TRIAL COURT REPEATIDELY SENT THIS HONORABLE COURT OF
CRIMINAL APPEAL INCORRECT INFORMATION WITH IMPUNITY..


WHEREFORE,the RELATOR prays that this HONORABLE COURT OF
CRIMINAL APPEALS GRANT HIS MOTION TO FILE MANDAMUS
AND IN THE INTEREST OF JUSTICE NULLIFY THE ACTIONS OF
THE TRIAL COURT IN THIS MATTER...


## DECLARATION

I,ROLAND JEROME MADDEN,being presently incarcerated in the TEXAS DEPARTMENT
OF CRIMINAL JUSTICE,ID 665734 declares under the penalty of perjury that the
foregoing is true and correct..

EXCUTED ON THIS THE 21TH DAY OF JANUARY 2015


## CERTIFICATE OF SERVICE

I,hereby certify that a True copy of this **MOTION TO FILE LEAVE**
TO FILE MANDAMUS IN CAUSE F-93-04717-TH has been mailed to the
HONORABLE STATE COMMISSION ON JUDICIAL CONDUCT:

at P.O BOX 12265
AUSTIN,TEXAS
78711


ROLAND JEROME MADDEN
JESTER III UNIT #665734
3 JESTER ROAD
RICHMOND,TEXAS
77406

1/25/15

-2-

EX PARTE

ROLAND JEROME MADDEN

Pro Se

§ IN CRIMINAL DISTRICT COURT NUMBER ONE

§ DALLAS COUNTY, TEXAS

§

EXHIBIT ONE

## MOTION TO VACATE CAUSE F-93-04717-TH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ROLAND JEROME MADDEN, Defendant in the above and titled cause, files this MOTION TO VACATE CAUSE F-93-04717-TH from District Court Number One in Dallas County, Texas.

In support of said Motion, the Defendant will show this Honorable Court the following:

### I.

That the defendant was convicted of a alleged BURGLARY OF A BUILDING IN CAUSE F-93-04717-TH IN Criminal District Court Number One in Dallas County, Texas; on December 08, 1993 in a jury trial and was sentenced to 65 years in prison, The defendant Pled NOT GUILTY.

Trial counsel Louis Davis jr (Retained)

### II.

There was "NO APPEAL" IN THIS CASE BECAUSE THE HONORABLE JUDGE JANICE WARDER ORIGINALLY SET THIS VERDICT A[SIDE]..

The Defendant is unlawfully confined at the Jester III unit in the Texas Department of Criminal Justice Prison Number 665734.

### III.

The Trial Court Committed an "ERROR MATERIAL" ON THE DAY OF THE "TRIAL WHICH WAS INJURIOUS TO THE RIGHTS OF THE DEFENDANT TO WIT:

THE TRIAL COURT PROVIDED AN INDICTMENT "NOT" FROM A GRAND JURY...

THE TRIAL COURT PROCEEDED WITHOUT A POLICE REPORT OR A PROBABLE CAUSE REPORT IN THIS CASE...

The Court thus Operated witout LEGAL JURISDICTION in this matter....

WHEREFORE, the Defendant prays that this Honorable Court will GRANT his MOTION TO VACATE CAUSE F-93-04717-TH and thzat a hearing be so conducted in whichthe Defendant be BENCH WARRANT back to such hearing to provide legal documents with compotent Attorney....

1.

## DECLARATION

I ROLAND JEROME MADDEN, being presently incarcerated at the Jester III Unit of the Texas Department of Criminal Justice, I.D.#665734 Declare under the penalty of perjury that the foregoing is true and corect,

EXCUTED ON THIS THE 13th day of OCTOBER 2014

## certificate of service

I, hereby certify that a True copy of this MOTION TO VACATE CAUSE F-93-04717 has been mailed to the DALLAS COUNTY DISTRICT CLERK:

> FRANK CROWLEY COURTS BLD
> 113 N. Riverfront Blvd.
> Dallas County, Texas
> 75207

ROLAND JEROME MADDEN   #66534
Jester III Unit
3 Jester Road
Richmond, Texas
85 77406





MICHAEL J. MCCORMICK
PRESIDING JUDGE

SAM HOUSTON CLINTON
BILL WHITE
CHARLES F. (CHARLIE) BAIRD
MORRIS L. OVERSTREET
FRANK MALONEY
LAWRENCE E. MEYERS
STEPHEN W. MANSFIELD
SHARON KELLER
JUDGES

THOMAS LOWE
CLERK

RICHARD WETZEL
EXECUTIVE ADMINISTRATOR

May 1, 1995

Dallas County
District Clerk
Frank Crowley Courts Bldg.
133 N Industrial Blvd.
Dallas, Tx. 75207-4313

RE:   Ex parte Roland Jerome Madden

Dear Clerk:

The Court has previously written you in regard to the above-referenced individual, inquiring about the status of an application for post-conviction writ of habeas corpus which he/she claims to have filed in your office.  As of this date neither application nor response has been received by this Court.

Please forward either the transcript or an explanation to this office within the next fifteen days.  Your cooperation and assistance is appreciated.

Sincerely,

Thomas Lowe, Clerk

cc:   The Honorable Janice Lough Warder
      Judge, Criminal District Court
      133 N Industrial Blvd., LB 38
      Dallas, Tx. 75208

      John Vance
      District Attorney
      133 N. Industrial
      Dallas, Tx. 75207

      Roland Jerome Madden
      TDC #665734
      Hughes Unit
      Rt. 2, Box 4400
      Gatesville, Tx. 76597



EXHIBIT 3

# FRED C. McDANIEL
### ATTORNEY-AT-LAW
1704 NORTH HAMPTON ROAD
SUITE 208
DeSOTO, TEXAS 75115
214-228-1980

August 15, 1996

EXHIBIT 3
Due Dilligence

Mr. Roland Jerome Madden
#665734
Hughes Unit
Rt. 2, Box 4400
Gatesville, Texas 76597

RE: Cause No. F93-04717-TH

Dear Mr. Madden:

The Criminal District Court is in receipt of your recent letter.
Said Court requested that I, on its behalf, respond to your letter
and provide you with information relative thereto.

In Cause No. F93-04717-TH you were convicted by a jury for the
offense of Burglary of a Building (Habitual) and on December 8,
1993 you were sentenced to a 65 year term in prison. You received
credit for presentence jail time served from July 22, 1993 to
December 8, 1993.

The Court has reviewed your request that the Court furnish you with
copies of the records sought by you pertaining to Cause No. F93-
04717-TH. The Court has declined your request. Under the present
status of the law, the Court is not obligated to provide you with
the records sought by you in said Cause No. United States v.
Losing, 601 F2d 351 (1979). Smith v. Beto, 472 F2d 164 (1974).
Jones v. Superintendent, 465 F2d 1091 (1972).

You should recognize that the denial of access to these records is
based upon policy and court decisions and is not the result of any
vindictive or arbitrary decisions on the part of the trial court.
You should also recognize that the records requested by you are not
in my possession and that I do not have a right to either order
copies of these records for you or have them made available for
your review.

Under the Open Records Act you are entitled to obtain copies of the
Court's records in the above cited Cause No. You are not, however,
entitled to obtain these copies free of charge. In short, you can
obtain the records that you seek after you have paid the cost for
copies of same. The District Clerk's Office in Dallas County is in
possession of your court records and if you will write to this
office the office will be able to tell you the cost of obtaining
the copies.

00014

*a x 3*

*Regarding Second Writ* Ⓑ

Mr. Roland Jerome Madden
Page 2
August 15, 1996

If, at this point in time, you wish to challenge the validity of your conviction in the above cited Cause No., I would suggest that you do so by way of an Application for Writ of Habeas Corpus under the provisions of Article 11.07, V.A.C.C.P. Prior to filing such an application, you should thoroughly review the provisions of said article. If you should elect to file such an application, you should recognize that the trial court and the Court of Criminal Appeals, in reviewing your application, will recognize the fact that you do not have access to the Court's records and will give consideration to this fact. In said application you may present the trial court with whatever allegations that you deem to be appropriate.

As you may be aware, many letters written by inmates to the courts of Dallas County are simply filed within the Court's jackets and the inmates never receive a response. Such is not Judge Warder's policy as she believes that you are entitled to a written response to letters addressed to her court. It is for this reason that I was authorized by the Court to provide you with the above information regarding your letter.

I hope that the above information has been helpful and informative. Good luck to you in the future.

Sincerely,

Fred C. McDaniel

FCM/ts

00015

E-X14 EXHIBIT 4



## COURT OF CRIMINAL APPEALS
### P.O. BOX 12308, CAPITOL STATION
### AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

TROY C. BENNETT, JR.
CLERK
512 463-1551

RICHARD E. WETZEL
GENERAL COUNSEL
512 463-1600

January 29, 2002

Roland J. Madden, # 665734
022 Beto I Unit
P.O. Box 128
Tennessee Colony, TX 65880

RE:    Writ No. W-93-04717-H(B)

Dear Mr. Madden:

In response to your letter of January 22, 2002 regarding writ number W-93-04717-H(B), our records indicate that what should have been the (B) writ was an Original Mandamus, which was denied without an order on September 16, 1998.  The (C) writ was dismissed - - see Art. 11.07, Sec. 4 on August 18, 1999.

If you have further questions, please contact the Court.

Sincerely,

Troy C. Bennett, Jr.
Clerk

WRIT NO. W-93-04717-H(F)

| | | |
|---|---|---|
| EX PARTE | § | IN THE CRIMINAL |
| | § | DISTRICT COURT NO. 1 OF |
| Roland Jerome Madden | § | DALLAS COUNTY, TEXAS |

## ORDER DESIGNATING ISSUES

Having reviewed the Applicant's Application for Writ of Habeas Corpus, the Court finds that there are controverted, previously unresolved issues of fact which are material to the legality of the Applicant's confinement.

The Court appoints FRED C. MCDANIEL to resolve the issues and prepare findings of fact and conclusions of law for the Court. The issues may be resolved by affidavits, depositions, interrogations, hearings and/or personal recollection.

The Clerk of the Court is ORDERED to send a copy of this order to the Court of Criminal Appeals, Applicant, or Applicant's counsel if the Applicant is represented by counsel, and to counsel for the State.

SIGNED AND ENTERED this 15 day of May , XXXXX.2002.

_____
JUDGE